# EXHIBIT D

**Cowboys Saloon Denver**
Like This Page · September 2 ·

DON'T FORGET OUR 1ST ANNUAL CAMO PARTY IS HAPPENING TOMORROW! WEAR CAMO GET IN FREE (21+)
ENTER TO WIN CASH & PRIZES
FOR MOST UNIQUE & SEXIEST CAMO
LADIES DRINK FREE (9-12AM) LADIES IN FREE (TILL 10PM)
$5 JACK & CAPTAINS $3 LONGNECKS
#COWBOYSSALOON #DENVER #LABORDAYWEEKEND — at Cowboys Saloon Denver.

Like   Comment   Share

4

Write a comment...



Jessica Hinton

11/2/2016

(11) Cowboys Saloon Denver - Photos

https://www.facebook.com/CowboysDenver/photos/a.531833530356549.1073741828.530758517130717/616655978540970/?type=3&theater

1/1

JESSICA HINTON





**Cowboys Saloon Phoenix**
Like This Page · September 3 ·

Don't forget to get your camo dressed behinds up here to Cowboys Saloon Phoenix tonight for our 1st annual Camo party! 1st, 2nd and 3rd place cash prizes will be given for SEXIEST outfit and the most unique. Free cover for anyone dressed in Camo! — eating dancing at   Cowboys Saloon Phoenix.

Like   Comment   Share

34                                                          Chronological

**Jessica Louise Hickins** When are they doing the prizes?
Like · Reply · September 3 at 9:10pm

**Cowboys Saloon Phoenix** Around 11
Like · Reply ·   1 · September 3 at 9:47pm

Write a comment...