# EXHIBIT G



URSULA MAYES

